## Florence KEEDY, EXECUTRIX of the estate of Charles C. KEEDY, Deceased, Plaintiff, Petitioner, v. Honorable William E. BAKER, Judge of the District Court of the United States for the Northern District of West Virginia, Respondent.

No. 3964.

Circuit Court of Appeals, Fourth Circuit.

Oct. 21, 1935.

Harry H. Byrer, of Martinsburg, W. Va., for petitioner.

PER CURIAM.

Writ of mandamus denied, and petition dismissed.